1  ANN M. ALEXANDER (#007256)
ERICKSON, THORPE & SWAINSTON
2  99 West Arroyo Street
Reno, Nevada 89509
3  Telephone: (775)786-3930
Facsimile: (775)786-4160
4  *Attorney for Defendants*

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

           DEC 1 2 2017

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

9  JEANNIE BURLINGAME,                    Case No. 3:17-CV-00499-MMD-VPC

10              Plaintiff,                **JOINT STIPULATION TO VACATE
                                          JOINT CASE MANAGEMENT
11  vs.                                   CONFERENCE AND REPORT**

12  CARSON CITY SCHOOL DISTRICT, LEE
    CONLEY, and JAN ALBERTSON,

13              Defendants.

16      Plaintiff, JEANNIE BURLINGAME, and Defendants, CARSON CITY SCHOOL

17  DISTRICT, LEE CONLEY, and JAN ALBERTSON ("the parties"), by and through their attorneys

18  of record hereby stipulate and agree as follows:

19      A joint case management conference is scheduled for **Friday, January 5, 2018, at 10:00**

20  **a.m.** A joint case management report is due seven (7) court days prior to the case management

21  conference.

22      The parties have an Early Neutral Evaluation ("ENE") set for **Thursday, March 1, 2018,**

23  **at 9:00 a.m.** before the Hon. Robert McQuaid.

24      The parties have met and conferred and exchanged significant written discovery. Plaintiff

25  has served a set of Requests for Production of Documents. The parties are responding to written

26  discovery, considering settlement negotiations and preparing for the upcoming ENE. The parties

27  have agreed that with all the ongoing discovery, settlement discussions, and preparations for the

28  ENE, it would be best to vacate the joint case management conference and report until after the ENE

                                    -1-

1  to conserve resources and attorney time.  The parties have also agreed to notify the Court within five

2  court days after the ENE to reschedule, at the Court's convenience, the joint case management

3  conference.

4        THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the parties'

5  respective counsel, as follows:

6        The joint case management conference and report shall be vacated until after the ENE and,

7  if the ENE is not successful, the parties shall notify the Court on or before **March 8, 2018**, to

8  reschedule the joint case management conference.

9

10  DATED this 11th day of December, 2017.   DATED this 11thday of December, 2017.

11  ERICKSON, THORPE & SWAINSTON    LAW OFFICE OF TERRI KEYSER-COOPER

12

13  By:   /s/ Ann M. Alexander, Esq.          By:   /s/ Terri Keyser-Cooper, Esq.
        ANN M. ALEXANDER, ESQ.               TERRI KEYSER-COOPER, ESQ.
14      NV Bar #7256                         NV Bar #3984
        99 West Arroyo Street                3590 Barrymore Dr.
15      Reno, Nevada 89509                   Reno, Nevada 89512
        *Attorneys for Defendants*           *Attorney for Plaintiff*
16

17

18

19

20  IT IS SO ORDERED:

21

22  _____
    UNITED STATES MAGISTRATE JUDGE
23

24  DATED: _____

25

26

27

28


-2-