ANN M. ALEXANDER (#007256)
ERICKSON, THORPE & SWAINSTON
99 W. Arroyo Street
Reno, NV 89509
Telephone: (775) 786-3930
Fax: (775)786-4160
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEANNIE BURLINGAME,

    Plaintiff,

vs.

CARSON CITY SCHOOL DISTRICT, LEE CONLEY, and JAN ALBERTSON,

    Defendants.

Case No.3:17-cv-00499-MMD-VPC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, JEANNIE BURLINGAME, by and through her counsel TERRI KEYSER-COOPER, ESQ., Law Office of Terri Keyser-Cooper, and Defendants, CARSON CITY SCHOOL DISTRICT, LEE CONLEY, and JAN ALBERTSON, by and through their counsel, ANN M. ALEXANDER, ESQ., of Erickson, Thorpe & Swainston, Ltd., hereby stipulate that Case No. 3:17-cv-00499-MMD-VPC is hereby dismissed in its entirety with prejudice pursuant to FRCP 41.

Dated this 20th day of March, 2018.

    ERICKSON, THORPE & SWAINSTON, LTD.

    By: /s/ Ann M. Alexander
    ANN M. ALEXANDER, ESQ.
    99 W. Arroyo Street
    Reno, NV 89505
    *Attorneys for Defendants*

-1-

Dated this 20 day of March, 2018.

LAW OFFICE OF TERRI KEYSER-COOPER

By: _____
TERRI KEYSER-COOPER, ESQ.
3590 Barrymore Dr.
Reno, NV 89512
*Attorneys for Plaintiff*

## ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED, AJUDGED AND DECREED that pursuant to stipulation of the parties, Case No. 3:17-cv-00499-MMD-VPC is hereby dismissed in its entirety with prejudice.

**Dated this** 21st **day of March, 2018.**

_____
**U.S. DISTRICT COURT JUDGE**